

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-13-00300-CR

| | | |
|---|---|---|
| David Wade Hubbard | § | From the 355th District Court of |
| | § | Hood County (CR11218) |
| v. | § | May 1, 2014 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect court costs of $450 and the order to withdraw funds to reflect a total amount of $4,341. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM